<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1824**

In Re:  VINCENT MISSOURI,

          Petitioner.

On Petition for Writ of Mandamus.
(6:00-cr-00498-MBS-1)

Submitted:  February 25, 2010      Decided:  March 2, 2010

Before DUNCAN and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

Vincent Missouri, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent Missouri petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion for habeas corpus. He seeks an order from this court directing the district court to act. Our review of the district court proceedings reveals that the district court denied Missouri's motion during the supervised release revocation proceedings. Accordingly, because the district court has recently decided Missouri's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED